

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JULIO MOLINAR,                     §               No. 08-15-00083-CV

         Appellant,           §               Appeal from the

v.                             §               65th District Court

S. M.,                       §              of El Paso County, Texas

         Appellee.            §              (TC# 2011PO1176)

§

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **December 4, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before December 4, 2015.

IT IS SO ORDERED this 6th day of November, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.